

# Fourth Court of Appeals

## San Antonio, Texas

February 17, 2021

No. 04-20-00589-CV

**IN RE** Eloise and Ruben **GUZMAN**

Original Mandamus Proceeding[1]

### ORDER

On December 7, 2020, relators filed a petition for writ of mandamus. The real party in interest did not file a response. We conditionally grant the petition for writ of mandamus and order the Honorable Bill Squires to, within fifteen days of this order, vacate his October 20, 2020 Order on Abatement. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Squires has failed to comply with this order.

It is so **ORDERED** on February 17, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CV-0212, styled *Ruben Guzman and Eloise Guzman v. Mary A. Derrick and All Other Occupants*, pending in the County Court, Guadalupe County, Texas, the Honorable Bill Squires presiding.